AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

CASE NO.
09-CIV-61608-LENARD/TURNOFF

GLAXO GROUP LIMITED and SMITHKLINE )
BEECHAM CORPORATION d/b/a )
GLAXOSMITHKLINE, )
                                                           )
            Plaintiff, )
v. )
                                                           )
GENENTECH, INC. and CITY OF HOPE, )
            Defendants. /

**SUMMONS IN A CIVIL ACTION**

TO:    Genentech, Inc., by serving
its Registered Agent:
Corporation Service Company
1201 Hayes Street
Tallahassee, Florida 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Rudolph F. Aragon, Esq.
Jason N. Zakia, Esq.
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Date: October 08, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rhonda Gittens
Deputy Clerk
U.S. District Courts

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

GLAXO GROUP LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

    Plaintiff,

v.

GENENTECH, INC. and CITY OF HOPE,

    Defendants.

CASE NO.

09-CIV-61608-LENARD/TURNOFF

**SUMMONS IN A CIVIL ACTION**

**TO:** City of Hope, by serving
its Registered Agent:
CT Corporation System
1200 South Pine Island
Plantation, Florida 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Rudolph F. Aragon, Esq.
Jason N. Zakia, Esq.
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Date: **October 08, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rhonda Gittens
Deputy Clerk
U.S. District Courts